RECEIVED OCT 25 2011 CHAMBERS OF LEONARD B. SAND

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUSSELL J. FOREMAN and DOROTHY H. FOREMAN,

Plaintiffs,

vs.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

Civil Action No. 11-CIV-7465

**STIPULATION AND ORDER OF REMAND**

**WHEREAS**, Defendant Lockheed Martin Corporation has removed this action; and

**WHEREAS**, Defendant Lockheed Martin Corporation has now agreed that this action shall be remanded to the State Court where it was originally filed within the NYCAL proposed April 2012 Trial Cluster, under Index No. 190353/11; and

**NOW THEREFORE**, it is hereby stipulated and agreed between Plaintiffs and Defendant Lockheed Martin Corporation that this action shall be remanded to the State Court where it was originally filed.

EARLY & STRAUSS, LLC
Attorneys for Plaintiffs
Russell J. Foreman and Dorothy H. Foreman

By: _____
Brian F. Early, Esq.
360 Lexington Avenue, 20th Floor
New York, NY 10017
Phone: (212) 986-2233

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
Attorneys for Lockheed Martin Corporation

By: _____
Arthur D. Bromberg (2930)
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Phone: (973) 618-4100

SO ORDERED this _15_ Day of ~~October~~ November, 2011.

_____
LEONARD B. SAND, U.S.D.J.